IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.[1] | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtors. | ) | |
| MARCIA ROMMEL and LAWONDA WILLIAMS, on their own behalf and on behalf of all other persons similarly situated, | ) ) ) ) ) | Adversary Proceeding No. 07-51693 (BLS) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AEGIS MORTGAGE CORPORATION, AEGIS WHOLESALE CORPORATION, and CERBERUS CAPITAL MANAGEMENT, L.P., | ) ) ) ) | |
| Defendants. | ) | |

Objection Deadline: March 13, 2009 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: March 18, 2009 at 2:00 p.m. (prevailing Eastern time)

NOTICE OF JOINT MOTION PURSUANT TO SECTION 105
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019
AND 7023 TO (I) APPROVE A SETTLEMENT AGREEMENT PURSUANT
TO BANKRUPTCY RULE 9019, (II) CERTIFY A CLASS CONSISTING
OF TWO SUBCLASSES OF WARN ACT CLAIMANTS FOR
SETTLEMENT PURPOSES ONLY, APPOINT CLASS COUNSEL,
CLASS REPRESENTATIVES, AND PRELIMINARILY APPROVE THE
SETTLEMENT PURSUANT TO BANKRUPTCY RULE 7023, (III) APPROVE
THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE
CLASS CERTIFICATION AND SETTLEMENT, (IV) SCHEDULE A
FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE
SETTLEMENT AGREEMENT, (V) FINALLY APPROVE THE SETTLEMENT

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.

# AGREEMENT PURSUANT TO BANKRUPTCY RULE 7023 AFTER THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF

TO: (i) the Office of the United States Trustee; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) the Debtors' warehouse lenders and servicing advance creditors, Bear Stearns Mortgage Capital Corporation, Credit Suisse First Boston Mortgage Capital, LLC, and Lehman Brothers Bank, FSB; (iv) the Debtors' additional warehouse lenders, Residential Funding Company, LLC, IXIS Real Estate Capital, Countrywide Warehouse Lending, Liquid Funding Limited, Morgan Stanley Bank, and UBS Real Estate Securities, Inc; (v) Madeleine L.L.C.; and (vi) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure

The above-captioned debtors and debtors in possession (the "Debtors"), Cerberus Capital Management, L.P. ("Cerberus"), the Official Committee of Unsecured Creditors of the Debtors (the "Committee") and prospective class representatives, Marcia Rommel and Lawonda Williams (the "Class Representatives" or "Named Plaintiffs"), filed the *Joint Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to (i) Approve a Settlement Agreement Pursuant to Bankruptcy Rule 9019, (ii) Certify a Class Consisting of Two Subclasses of WARN Act Claimants for Settlement Purposes Only, Appoint Class Counsel, Class Representatives, and Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (iii) Approve the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (iv) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (v) Finally Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023 After the Fairness Hearing, and (vi) Grant Related Relief* (the "Joint Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Joint Motion seeks entry of (a)an order

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Joint Motion.

approving the *Compromise and Settlement Agreement* (the "Settlement Agreement") among the Debtors, Cerberus, the Class Representatives, and the Committee pursuant to Bankruptcy Rule 9019, (b)certifying a Class consisting of two subclasses for settlement purposes only, appointing Class Counsel and Class Representatives, and preliminarily approving the Settlement Agreement pursuant to Civil Rule 23, (c)approving the form and manner of notice of Notice to Class Members of the conditional Class certification and the Settlement Agreement, (d)scheduling a Fairness Hearing to consider final approval of the Settlement pursuant to Civil Rule 23, and (e) after the Fairness Hearing, finally approving the Settlement pursuant to Civil Rule 23. A true and correct copy of the Joint Motion is filed and served herewith.

Objections and other responses to their relief requested in the Joint Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **4:00 p.m. Eastern time on March 13, 2009.**

Any objections or other responses to the Joint Motion, if any must also be served upon the undersigned counsel for the Debtors, Cerberus, the Committee and Class Representatives so that they are received **not later than March 13, 2009 at 4:00 p.m. Eastern time.**

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL

BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE

BANKRUPTCY COURT ON **MARCH 18, 2009 AT 2:00 P.M. EASTERN TIME.**

Dated: February 26, 2009

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
Kenneth H. Brown (CA Bar No. 100396)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
kbrown@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com

Counsel for the Debtors

LANKENAU & MILLER

*/s/ Stuart J. Miller*
Stuart J. Miller (SJM4276)
132 Nassau Street, Suite 423
New York, New York 10038
Telephone: (212) 581-5005
Facsimile: (212) 581-2122
Email: sjm@lankmill.com

Counsel for Class Members

THE GARDNER FIRM, P.C.

*/s/ Mary E. Olsen*
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
J. Cecil Gardner (GARDJ3461)
1119 Government Street
Mobile, AL 36604
Telephone: (251) 433-8100
Facsimile: (251) 433-8181
Email: molsen@thegardnerfirm.com
vmccrary@thegardnerfirm.com
cgardner@thegardnerfirm.com

Counsel for Class Members

LANDIS RATH & COBB LLP

*/s/ Richard s. Cobb*
Richard S. Cobb (Bar No. 3157)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com

and

HAHN & HESSEN LLP

*/s/ Rosanne T. Matzat*
Rosanne T. Matzat (NY Bar No. RM-6937)
Mark T. Power (NY Bar No. MP-1607)
Jeffrey Zawadzki (NY Bar No. JZ-1656)
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: rmatzat@hahnhessen.com
mpower@hahnhessen.com
jzawadzki@hahnhessen.com

Counsel for the Committee

LOWENSTEIN SANDLER PC

*/s/ David M. Wissert*
David M. Wissert
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2560
Facsimile: (973) 597-2561
Email: dwissert@lowenstein.com

and

MESSANA ROSNER & STERN, LLP

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: FRosner@mrs-law.com
Counsel for Defendant
Cerberus Capital Management, L.P.